IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIELLE PRANGER and GARRETT
HARRIS, individually and on behalf of
all others similarly situated,

        Plaintiffs,

v.

OREGON STATE UNIVERSITY, a public
body of the State of Oregon

        Defendant.

No. 3:21-cv-00656-HZ

JUDGMENT

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant. Pending motions, if any, are denied as moot.

DATED: May 8, 2023.

        _____
        MARCO A. HERNÁNDEZ
        United States District Judge

1 – JUDGMENT