Paul B. Barton
OLSEN BARTON LLC
4035 Douglas Way, Suite 200
Lake Oswego, OR 97035
Tel: (503) 558-5293
Fax: (503) 820-2933
paul@olsenbarton.com

Daniel J. Kurowski (*Pro Hac Vice*)
Whitney K. Siehl (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
dank@hbsslaw.com
whitneys@hbsslaw.com

(Eddie) Jae K. Kim (*Pro Hac Vice*)
LYNCH CARPENTER, LLP
117 East Colorado Blvd, Suite 600
Pasadena, CA 91105
Tel: (626) 550-1250
ekim@lcllp.com

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DANIELLE PRANGER and GARRETT HARRIS, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>OREGON STATE UNIVERSITY, a public body of the State of Oregon,<br><br>          Defendant. | No. 3:21-cv-00656-HZ<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT** Plaintiffs Danielle Pranger and Garrett Harris (collectively, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Opinion & Order on Defendant Oregon State University's Motion for Summary Judgment (Dkt. No. 70), signed and entered by District Judge Marco A. Hernandez on May 8, 2023), as well as the Judgment (Dkt. No. 71), signed and entered by District Judge Marco A. Hernandez on May 8, 2023.

Dated: June 7, 2023

Respectfully submitted,

 /s/ (Eddie) Jae K. Kim

Paul B. Barton
OLSEN BARTON LLC
5 Centerpointe Dr., Suite 220
Lake Oswego, OR 97035
Tel: (503) 558-5293
Fax: (503) 820-2933
paul@olsenbarton.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206)-623-0594
steve@hbsslaw.com

Daniel J. Kurowski (*Pro Hac Vice*)
Whitney K. Siehl (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Fax: (708) 628-4950
dank@hbsslaw.com
whitneys@hbsslaw.com

        (Eddie) Jae K. Kim (*Pro Hac Vice*)
        Tiffine E. Malamphy (*Pro Hac Vice*)
        LYNCH CARPENTER, LLP
        117 East Colorado Blvd, Suite 600
        Pasadena, CA 91105
        Tel: (626) 550-1250
        Fax: (619) 156-6991
        ekim@lcllp.com
        tiffine@lcllp.com

        *Attorneys for Plaintiffs, individually and on behalf of all others similarly situated*